United States District Court
Southern District of Texas
**ENTERED**
May 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. H-18-405 (5) |
| ANDY BADENOCK | § | |

## ORDER

Defendant, Andy Badenock, has filed a Motion to Compel Defense Counsel to Surrender Case File in Subject Matter to the Defendant of this Case (docket no. 459) and Motion for Extention (sic) of 28 U.S.C. § 2255 Petition Deadline (docket no. 460).

It is, therefore, **ORDERED** that the United States **SHALL** file a response to Badenock's Motions **on or before June 13, 2025.**

**SIGNED** at Houston, Texas, on the 9th day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE