United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff/Respondent, § § v. § § ANDY BADENOCK, § § Defendant/Petitioner. § | CIVIL ACTION NO. H-25-3158 (CRIMINAL NUMBER H-18-405-05) |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-25-3158 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 18th day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE